## UNITED STATES *versus* JAMES MAY

JOURNAL ENTRIES (1814): *Journal 2:* (1) Appearance *p. 432; (2) nolle prosequi *p. 437.

PAPERS IN FILE: (1) Presentment; (2) venire facias and return.

## UNITED STATES *versus* TIMOTHY HOLTON

JOURNAL ENTRIES (1814): *Journal 2:* (1) Arraignment, plea, issue, jury trial, verdict, discharge *p. 435.

PAPERS IN FILE: (1) Affidavit of David Spencer; (2) indictment; (3) memo. of stolen goods.

## UNITED STATES *versus* MONIQUE, ALIAS MONIQUE ROBINSON, A PANI (OR BLACK) WOMAN

JOURNAL ENTRIES (1814): *Journal 2:* (1) Counsel assigned, plea, sentence, fine paid, discharge *p. 436.

PAPERS IN FILE: (1) Complaint; (2) indictment.